**Dismiss and Opinion Filed April 6, 2022**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-01017-CV

### WESTMERE CAPITAL LLC, Appellant

### V.

### C. JOSEPH GAMPPER, AL KARMALI, AND
### CJG DEVELOPMENT GROUP, LLC, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-15717**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Justice Molberg

Appellant has filed a petition for permissive appeal by which it seeks to appeal

the trial court's interlocutory partial summary judgment finding a non-judicial

foreclosure sale it held was not valid under Texas Property Code section 51.002. *See*

TEX. PROP. CODE ANN. § 51.002 (setting forth requirements for sale of real property

under contract lien); TEX. R. APP. P. 28.3 (concerning permissive appeals). After

considering the petition and response, we deny the petition and dismiss the appeal

for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Gulf Coast Asphalt Co., L.L.C. v. Lloyd*, 457 S.W.3d 539, 545 (Tex. App.—Houston [14th Dist.] 2015, no pet.).

211017f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

WESTMERE CAPITAL LLC,
Appellant

No. 05-21-01017-CV      V.

C. JOSEPH GAMPPER, AL
KARMALI, AND CJG
DEVELOPMENT GROUP, LLC,
Appellees

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-15717.
Opinion delivered by Justice
Molberg, Chief Justice Burns and
Justice Smith participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees C. Joseph Gampper, Al Karmali, and CJG Development Group, LLC recover their costs, if any, of this appeal from appellant Westmere Capital LLC.

Judgment entered this 6th day of April, 2022.